UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Arthur D'Amario, III

Petitioner

vs. CA 05-372S

United States of America

Respondent

TRANSFER ORDER

This Court's records show that the Petitioner has brought a previous application for relief under 28 U.S.C. § 2255. See *(Arthur D'Amario Vs. USA CA01-097)*. As recently amended, 28 U.S.C. § 2255 provides:

> "[a] second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain –
>
> (1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or
>
> (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable."

28 U.S.C. § 2244(b)(3)(A) states:

"Before a second or successive application permitted by this section is filed in the District Court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application."

Since it appears that the Petitioner submitted the instant application to this Court, unaware of the recent amendment to the statute requiring the court of appeals to authorize this filing, this matter is hereby transferred to the United States Court of Appeals for the First Circuit in the interest of justice. 28 U.S.C. § 1631.

By Order,

Paula Farrell

Deputy Clerk

ENTER:

Ernest C. Torres

Ernest C. Torres
Chief, US District Judge

Dated: 9/1/05