David A. DiMarzio
Clerk of Court

**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

Paulette J. Dube
Chief Deputy Clerk

September 2, 2005

Richard Donovan, Clerk
United States Court of Appeals
Suite 2235
1 Courthouse Way
Boston, MA 02210

RE: CA05-340S/CA05-372S Arthur D'Amario, III v. U.S.A.

Dear Mr.Donovan:

Enclosed herewith please find Transfer Orders with respect to the two above captioned applications for relief under 28 U.S.C. § 2255. Also included are certified copies of the docket entries in each of the entitled cases.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY [signature]
DEPUTY CLERK

ENC: Petition for Writ of Habeas Corpus
Transfer Order
Certified Copy of Docket (CA05-340S/CA05-372S)

05-2343
05-2344
Susan Pedram
9-9-05