UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARTHUR D'AMARIO III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 5-372 |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed September 20, 2010, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Motion to Reopen (Docket # 7) be and hereby is DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 12th day of October, 2010